# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 13-1566-GHK (KK) | Date | May 22, 2015 |
|---|---|---|---|
| Title | Miar K. Gainer v. Timothy Cross et al. | | |

| Present: The Honorable | Kenly Kiya Kato, United States Magistrate Judge | |
|---|---|---|
| Deb Taylor | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| None Present | | None Present |

**Proceedings:**   (In Chambers) Order for Defendant Dekker to Show Cause For Failure to File Responsive Pleading

On June 3, 2014, Plaintiff Miar K. Gainer, proceeding *in forma pauperis* and *pro se*, filed a Fourth Amended Complaint pursuant to 42 U.S.C. § 1983. (ECF Docket No. ("Dkt.") 26). The Fourth Amended Complaint asserted a Fourteenth Amendment claim against defendant and Riverside County Jail Sheriff's Deputy Christian Dekker. (*Id.*).

On June 5, 2014, the Court ordered that the U.S. Marshal serve the Fourth Amended Complaint and a 21-day summons on the defendant, at an address designated by Plaintiff. (Dkt. 28).

On March 19, 2015, the U.S. Marshal filed a "Process Receipt and Return" form notifying the Court it served the Fourth Amended Complaint and summons on defendant Dekker at the address designated by Plaintiff on March 12, 2015. (Dkt. 35). As of the date of this Order, defendant Dekker has failed to file any responsive pleading.

Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), a defendant must file a responsive pleading within 21 days after being served with a summons and complaint. Fed. R. Civ. P. 12(a)(1)(A)(i). Here, defendant Dekker has failed to file a responsive pleading within 21 days of the date of service.

Accordingly, defendant Dekker is **ORDERED TO SHOW CAUSE**, in writing, why he has failed to file a responsive pleading. Defendant Dekker shall have up to and including **June 5, 2015** to respond to this Order. Defendant Dekker is cautioned that his failure to timely file a response to this Order may result in the entry of default, pursuant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 13-1566-GHK (KK) | Date | May 22, 2015 |
|---|---|---|---|
| Title | Miar K. Gainer v. Timothy Cross et al. | | |

to Federal Rule of Civil Procedure 55(a).