O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIAR K. GAINER,<br><br>   Plaintiff,<br><br>   v.<br><br>TIMOTHY CROSS, et al.,<br><br>   Defendant(s). | Case No. EDCV 13-1566-GHK (KK)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to Title 28 of the United States Code, section 636, the Court has reviewed the Fourth Amended Complaint, Defendant Dekker's Motion to Set Aside Default, and Plaintiff's Motion for Default Judgment, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///
///
///

1    IT IS THEREFORE ORDERED that (1) Defendant Christian Dekker's Motion to Set Aside Default (dkt. 57) is GRANTED; (2) the default entered on June 30, 2015 against Defendant Dekker (dkt. 41) is hereby VACATED; and (3) Plaintiff's Motion for Default Judgment (dkt. 49) is DENIED.

Dated:  4/7/16

HONORABLE GEORGE H. KING
United States District Judge

2