UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 13-1566-BRO (KK)** | Date: | February 15, 2017 |
|---|---|---|---|
| Title: | ***Miar K. Gainer v. Timothy Cross, et al.*** | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE

| DEB TAYLOR | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**    **Order Denying Plaintiff's Motion to Set Aside Court Order Without Prejudice [Dkt. 89]**

On December 27, 2016, the Court granted Defendant Christian Dekker's Motion to Compel Discovery Responses and Motion to Have Requests for Admission Deemed Admitted. ECF Docket No. ("Dkt.") 87. On January 26, 2017, Plaintiff filed a "Motion to Set Aside Judgment Pursuant to Rule 59(e) Fed. R. Civ. P.," which the Court construes as a motion for reconsideration of the Court's December 27, 2016 Order. Dkt. 89. Plaintiff states he has been unable to access the law library and only recently acquired ten sheets of paper. Id. Plaintiff states he "anticipate[s] in responding to the Defendants requests for interrogatories, and requests for admission within twenty days." Id. The Court is willing to consider granting Plaintiff some relief based on his lack of access to the law library and paper. However, because Plaintiff has not yet provided responses to Defendant's discovery requests, which were initially served on June 15, 2016, Plaintiff's Motion is DENIED without prejudice.

**CIVIL MINUTES—GENERAL**
Initials of Deputy Clerk ___