UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIAR K. GAINER,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>CHRISTIAN DEKKER,<br><br>　　　　　　　Defendant. | Case No. ED CV 13-01566-VBF (KK)<br><br>**ORDER**<br>**Adopting Report & Recommendation:**<br>**Granting Summary Judgment to Defendant Dekker;**<br>**Directing Entry of Final Judgment;**<br>**Terminating the Case (JS-6)** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Fourth Amended Complaint, Defendant Dekker's Motion for Summary Judgment and accompanying Statement of Undisputed Facts, plaintiff Gainer's opposition brief, defendant Dekker's reply brief, the relevant records on file, the Report and Recommendation ("R&R") of the United States Magistrate Judge filed Octobher 11, 2017, and the applicable law.

No objections have been filed, nor has plaintiff sought an extension of the objection deadline. Finding no error of law, fact, or logic in the R&R, the Court accepts the findings and conclusions of the Magistrate Judge and will implement the Magistrate Judge's recommendation.

ORDER

**Defendant Christian Dekker's Motion for Summary Judgment [Doc #91] is GRANTED.**

This action is DISMISSED with prejudice.

Judgment shall be entered consistent with this Order and with the R&R. As required by Fed. R. Civ. P. 58(a), judgment will be issued as a separate document.

This case shall be **TERMINATED** and closed (**JS-6**).

Dated: November 27, 2017

*Valerie Baker Fairbank*

Hon. Valerie Baker Fairbank
Senior United States District Judge