JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIAR K. GAINER,<br><br>  Plaintiff,<br><br>  v.<br><br>CHRISTIAN DEKKER,<br>TIMOTHY CROSS, and<br>RALPH M. DIAZ,<br><br>  Defendants. | Case No. ED CV 13-01566-VBF-KK<br><br>FINAL JUDGMENT |

Pursuant to the Order Granting Summary Judgment to Defendant Christian Dekker and Dismissing the Action With Prejudice, **final judgment is hereby entered in favor of all defendants and against plaintiff Miar K. Gainer**.

Dated: November 27, 2017

*Valerie Baker Fairbank*
―――――――――――――――――――
HON. VALERIE BAKER FAIRBANK
Senior United States District Judge